# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IVAN CANO,**

    **Plaintiff,**

**vs.**                                      **CASE NO.:  6:20-CV-1970-RBD-LRH**

**MINER, LTD.,**

    **Defendant.**             /

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, IVAN CANO, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 6th day of July, 2021.

                                              Respectfully submitted,

                                              **/s/ MATTHEW GUNTER**
                                              Matthew Gunter, Esq.
                                              FBN 0077459
                                              Morgan & Morgan, P.A.
                                              P.O. Box 530244
                                              Atlanta, GA 30353-0244
                                              Telephone:  (407) 420-1414
                                              Facsimile: (407) 867-4791
                                              Email: MGunter@forthepeople.com
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2021, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.