UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IVAN CANO,

      Plaintiff,

v.                                         Case No: 6:20-cv-1970-RBD-LRH

MINER, LTD,

      Defendant.

**ORDER**

      This case is before the Court upon the Notice of Settlement (Doc. 21) filed July 6, 2021 indicating that this case has settled. However, a settlement of a claim for unpaid minimum or overtime waged under the Fair Labor Standards Act ("**FLSA**") may only become enforceable if the Secretary of Labor supervises the payment of the unpaid wages or by obtaining the district court's approval of the settlement agreement. *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Here, Plaintiff seeks to recover under the FLSA. (*See* Doc. 1, ¶ 1.)

      Accordingly, it is **ORDERED AND ADJUDGED** that the parties are directed to file a motion to approve the settlement agreement on or before **Monday, August 16, 2021**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 19, 2021.

ROY B. DALTON JR.
United States District Judge