UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IVAN CANO,

    Plaintiff,

v.                                                        Case No. 6:20-cv-1970-RBD-LRH

MINER, LTD,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case (*see* Doc. 1), the parties filed an Amended Joint Motion for Approval of Settlement Agreement and Dismissal of the Action with Prejudice (Doc. 29 ("Motion")). On referral, U.S. Magistrate Judge Leslie R. Hoffman entered a Report and Recommendation that the Court should grant the Motion. (Doc. 30 ("R&R").) The parties did not object and the time to do so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 30) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The parties' Motion (Doc. 29) is **GRANTED**.

3. The Settlement Agreement (Doc. 29-1) is **APPROVED**.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 20, 2022.

ROY B. DALTON JR.
United States District Judge